UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION
CASE NO.



UNITED STATES OF AMERICA,

Plaintiff,    00-6179

v.    CIV-FERGUSON    MAGISTRATE JUDGE
                                   SNOW

ANTONIO J. PEREIRA,

Defendant.
_____/

CIVIL COMPLAINT COVER SHEET

1. Did this case originate from a matter pending in the Central
Region of the United States Attorney's Office prior to April 1, 1999?  ___Yes  ✓ No

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BY: MARY F. DOOLEY
ASSISTANT U.S. ATTORNEY
99 N.E. 4TH STREET, Suite 300
Miami, FL 33132
Tel No. (305) 961-9377
Fax No. (305) 530-7195
Bar No. A5500282

DATED 1/31/00