*AO 88 (Rev. 11/91) Summons in a Civil Action*

# UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.
INTAKE
FEB - 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## SUMMONS IN A CIVIL ACTION

United States of America

v.

ANTONIO J. PEREIRA

Case Number:

00-6179
CIV-FERGUSON 

**TO:** *(Name and Address of Defendant)*

ANTONIO J. PEREIRA
3640 N 56 AVENUE, APT 415
HOLLYWOOD, FL 33021

**YOU ARE HEREBY SUMMONED** and required to serve upon plaintiff's attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file an answer with the Clerk of the Court within a reasonable period of time after service.

CLARENCE MADDOX
CLERK OF THE COURT

2/2/00 _____ DATE

*(signature)*
BY DEPUTY CLERK