UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6179-CIV-FERGUSON

UNITED STATES OF AMERICA,
       Plaintiff,

v.

ANTONIO J. PEREIRA
       Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, United States of America, by and through its undersigned attorney, and dismisses this cause without prejudice as to the defendant ANTONIO J. PEREIRA, pursuant to Federal Rule of Civil Procedure 41 (a) (1) (i).

            Respectfully submitted,

            THOMAS E. SCOTT
            UNITED STATES ATTORNEY

     By: MARY F. DOOLEY
            ASSISTANT U.S. ATTORNEY
            99 N.E. 4TH STREET, Suite 300
            Miami, FL 33132
            Tel No. (305) 961-9377
            Fax No. (305) 530-7195
            Florida Bar No. 112933

DATED 4/21/00