**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6179-CIV-FERGUSON

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ANTONIO J. PEREIRA

    Defendant(s).

_____/

### ORDER OF DISMISSAL

Plaintiff, United States of America, having submitted a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1), Fed.R.Civ.P., to dismiss this case without prejudice, and this Court having reviewed the record, and being fully appraised in the premises, it is hereby

ORDERED that this case is dismissed without prejudice; and it is further

ORDERED that the Clerk of the Court is instructed to close this case.

DONE and ORDERED in Chambers at Ft. Lauderdale, Florida this 27th day of April, 2000.

    WILKIE D. FERGUSON
    UNITED STATES DISTRICT JUDGE

cc: Mary F. Dooley, AUSA