Case No: 00-6179 CIV-FERGUSON

| TO BE SERVED | COURT |
|---|---|
| ANTONIO J. PEREIRA<br>3640 N. 56TH AVENUE, #415 HOLLYWOOD, FLORIDA | IN THE SUPREME COURT OF FLORIDA |

| STYLE | WRIT |
|---|---|
| UNITED STATES OF AMERICA<br>VS.<br>ANOTNIO J. PEREIRA | SUMMONS IN A CIVIL ACTION |

| SERVED FOR | INFORMATION |
|---|---|
| MARY F. DOOLEY, AUSA<br>ASSISTANT U.S. ATTORNEY<br>99 N.E. 4th STREET, SUITE 300<br>MIAMI, FLORIDA, 33132 | Court Date:            Court Time:<br>Witness Fee:  $ 0.00<br>Document Type: ORIGINAL<br>Atty File # |

I received this process 04/20/00 at 9:35 AM and it was not served.

  ANTONIO J. PEREIRA
  1811 JEFFERSON ST
  A-509
  HOLLYWOOD

**NO SERVICE: ( )**
For the reason that diligent search and inquiry failed to find said ANTONIO J. PEREIRA in BROWARD COUNTY, FLORIDA

**OTHER RETURNS:**

1811 JEFFERSON ST
A-509
HOLLYWOOD

FILED by _____ D.C.
INTAKE

JUN 0 7 2000

CLARENCE MADDOX
CLERK ...
S.D...

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server/Sheriff Appointed in the circuit in which this defendant was served and have no interest in the above action pursuant to F.S. 92.525(2).

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and section 520 Et. Seq.

The foregoing instrument was acknowledged before me this 30 day of May, 2000 BY BARBARA RODRIGUEZ, who is personally known to me, or who was produced a D/L as identification and who DID take an oath

PROCESS SERVER BARBARA RODRIGUEZ (17)
CAPLAN, CAPLAN AND KAYE (305) 374-3426
CPS Number: 00757782-001

NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK / CCN

AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

**SUMMONS IN A CIVIL ACTION**

United States of America

Case Number: 00-6179

v.

**ANTONIO J. PEREIRA**

SNOW

TO: (Name and Address of Defendant)

#11 - N.F.
FCSEW HELE.

**ANTONIO J. PEREIRA**
**3640 N 56 AVENUE, APT 415**
**HOLLYWOOD, FL 33021**

YOU ARE HEREBY SUMMONED to and required to serve upon plaintiff's attorney / PEL CINA

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

(2X) 1811 JEFFERSON ST. 1825
420
A - 509
Hcalywood 33020

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file an answer with the Clerk of the Court within a reasonable period of time after service.

922 3082

**CLARENCE MADDOX**
**CLERK OF THE COURT**

2/2/00 DATE

BY DEPUTY CLERK

545 P.C

NEGREN - HH CAR
ADA KAHS 85 AVE
A-17 JM
UNME

MITV - NCT
1244 FOUND